IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01704-PAB-MEH

PAUL CUIN, individually and on behalf of the Estate of TIFFANY MARIE O'SHELL,
JACQUELINE CUIN, individually and on behalf of the Estate of ALYSSA O'SHELL, and
WILLIAM DAVID O'SHELL,

    Plaintiffs,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS (on behalf of Adams County Department of Human Services),
ADAMS COUNTY BOARD OF HUMAN SERVICES (on behalf of Adams County Department of Human Services),
ANDREW SEROTNAK, M.D.,
FRAN FARO, M.D.,
MARY LUNA, P.N.P.,
ANTONIA CHIESA, M.D.,
THE CHILDREN'S HOSPITAL,
THE KEMPE FOUNDATION FOR THE PREVENTION AND TREATMENT OF CHILD ABUSE AND NEGLECT, d/b/a Kempe Center for the Prevention and Treatment of Child Abuse and Neglect,
BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO (on behalf of the University of Colorado School of Medicine, and
JOHN DOE AND JANE DOE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2010.**

    Before the Court is Plaintiffs' Unopposed Motion to Dismiss the Kempe Foundation for the Prevention and Treatment of Child Abuse and Neglect and Unopposed Motion to Amend Complaint to Reflect Dismissal of the Kempe Foundation ... [filed August 31, 2010; docket #44]. The Court construes the motion as an unopposed request to drop a party pursuant to Fed. R. Civ. P. 21 and, as such, the motion is **granted**. On or before **September 20, 2010**, the Plaintiff shall file an Amended Complaint reflecting in the caption and substance of the pleading only the omission of the Kempe Foundation.[1] The Kempe Center for the Prevention and Treatment of Child Abuse and Neglect

---

[1] Because the substance of the amended pleading will reflect only the omission of one Defendant, the other Defendants' answers or pending Rule 12(b) motions will remain in effect.

("Kempe Center") shall continue as a Defendant in this action[2] and shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

---

[2]The Court assumes, based upon information provided in the Plaintiffs' motion, that the Kempe Center has been served with the Summons and Complaint in this action.