IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01704-PAB-MEH

PAUL CUIN, individually, an on behalf of the Estate of TIFFANY MARIE O'SHELL, and
JACQUELINE CUIN, individually, and on behalf of the Estate of ALYSSA O'SHELL,
and WILLIAM DAVID O'SHELL,

    Plaintiffs,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS, et al.,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants' Motions to Dismiss [Docket Nos. 32, 33, 34, 36, and 41]. On October 13, 2010, plaintiffs filed the First Amended Complaint [Docket No. 78] pursuant to the Order [Docket No. 77] granting Plaintiffs' Renewed Motion to Amend Complaint [Docket No. 67]. Thus, the First Amended Complaint became the operative pleading in this action, and the Motions to Dismiss [Docket Nos. 32, 33, 34, 36, and 41] are directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motions to dismiss are moot. It is

    ORDERED that defendants' Motions to Dismiss [Docket Nos. 32, 33, 34, 36, and 41] are DENIED as moot.

    DATED October 18, 2010.