IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01704-PAB-MEH

PAUL CUIN, individually and on behalf of the Estate of TIFFANY MARIE O'SHELL,
JACQUELINE CUIN, individually and on behalf of the Estate of ALYSSA O'SHELL, and
WILLIAM DAVID O'SHELL,

      Plaintiffs,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS (on behalf of Adams County Department of Human Services),
ADAMS COUNTY BOARD OF HUMAN SERVICES (on behalf of Adams County Department of Human Services),
ANDREW SEROTNAK, M.D.,
FRAN FARO, M.D.,
MARY LUNA, P.N.P.,
ANTONIA CHIESA, M.D.,
THE CHILDREN'S HOSPITAL,
THE KEMPE FOUNDATION FOR THE PREVENTION AND TREATMENT OF CHILD ABUSE AND NEGLECT, d/b/a Kempe Center for the Prevention and Treatment of Child Abuse and Neglect,
BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO (on behalf of the University of Colorado School of Medicine), and
JOHN DOE AND JANE DOE,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 13, 2011.**

      For the same reasons set forth in this Court's September 15, 2010 and January 5, 2011 orders, including the temporary stay of proceedings in this case, the Plaintiffs' Third Motion to Stay Filing of Certificate of Review of Defendants Mary Luna and Antonia Chiesa [filed May 11, 2011; docket #113], construed as a motion for extension of time pursuant to Fed. R. Civ. P. 6 and D.C. Colo. LCivR 6.1, is **granted**. The Plaintiffs shall file a certificate of review pursuant to Colo. Rev. Stat. § 13-20-602(1)(a) **on or before September 8, 2011**.