IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01704-PAB-MEH

PAUL CUIN, individually and on behalf of the Estate of TIFFANY MARIE O'SHELL, and JACQUELINE CUIN, individually and on behalf of the Estates of ALYSSA O'SHELL and WILLIAM DAVID O'SHELL,

    Plaintiffs,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS, et al.,

    Defendants.

## MINUTE ORDER

**Order Entered by Judge Philip A. Brimmer**

    For the reasons stated in the Court's Order of Partial Dismissal and to Show Cause [Docket No. 117], it is

    **ORDERED** that defendants Adams County Board of County Commissioners and Adams County Board of Human Services' motion to dismiss [Docket No. 81] is GRANTED.

    DATED July 11, 2011.